■ In the Matter of SHANNON V. CAMPBELL, Petitioner, v THOMAS POOLE, as Superintendent, Five Points Correctional Facility, Respondent. [817 NYS2d 573]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered January 12, 2006) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination be and the same

hereby is unanimously confirmed without costs and the petition is dismissed. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Green, JJ.